In the Matter of the Claim of HARRY HERTZEL, Respondent, against WILLIAM WERTHEIMER & SON et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.